IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00227-GPG

LAMAR DELRAY DAVIS,

      Plaintiff,

v.

THE PUEBLO COUNTY JAIL DETENTION FACILITIES: MEDICAL & DENTAL
      DEPARTMENTS,

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff Lamar Delray Davis currently is detained at the Pueblo County Detention Center in Pueblo, Colorado.  Acting *pro se*, Plaintiff initiated this action on February 2, 2015, by filing a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343.  Plaintiff also notes jurisdiction pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), which is appropriate for federal prisoners challenging their conditions of confinement but not for state prisoners like Plaintiff.  Magistrate Judge Gordon P. Gallagher reviewed the Complaint and entered an order on February 6, 2015, that finds as follows.

      The documents Plaintiff submitted do not comply with Rule 10.1(g) of the Local Rule for the United States District Court for the District of Colorado, because they are not legible; the handwriting is too small or unreadable.  Plaintiff also used two different Court-approved forms to state his claims, which is improper and confusing.  Incorrectly, he used part of a Title VII Complaint form to assert claims four, five, and six.  Finally, Plaintiff failed to comply with Fed. R. Civ. P. 8 pleading requirements.  He did not

identify the specific federal claims he is asserting, the specific factual allegations that support each claim, and what each Defendant did to violate his rights.

In the February 6 Order, Magistrate Judge Gordon P. Gallagher told Plaintiff that if he intends to pursue an action he must amend his Complaint on a proper Court-approved form and name as defendants those persons he contends actually violated his federal rights while acting under color of state law as is required pursuant to 42 U.S.C. § 1983.  Subsequent to the February 6 Order, Plaintiff submitted several different letters on February 19 and 25, 2015.  The letters for the most part are incomprehensible, and a few of the letters have sexual overtones.  Some of the letters are addressed to individuals who appear to be representing Plaintiff in his criminal proceeding.  One letter is addressed to Magistrate Judge Gallagher, another letter is addressed to Gregory Langham requesting a complaint form and a 28 U.S.C. § 1915 form, and yet another is addressed to individuals who appear to be Pueblo County Detention Center employees. Finally, there is a letter to the current Clerk of the Court that addresses Plaintiff's concern about his fee status.  None of the letters, however, address the February 6, 2015 Order to Amend.

In response to the filings, on March 18, 2015, Magistrate Judge Gallagher entered a minute order that (1) directs the Clerk of the Court to again send the February 6, 2015 Order to Amend to Plaintiff; (2) directs Plaintiff to obtain a Prisoner Complaint form at www.cod.uscourts.gov to use in filing the Amended Complaint; and (3) warns Plaintiff that if he fails to file an Amended Complaint within thirty days of the date of the March 18, 2015 Minute Order the action would be dismissed without further notice.  The thirty days now has run.  Plaintiff has not communicated with the court.  The Court,

2

therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the February 6, 2015 Order, within the time allowed, and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __23rd__ day of ___April_____, 2015.

BY THE COURT:

___ s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court